# Exhibit A



# Service of Process Transmittal
04/28/2017
CT Log Number 531139140

| | |
|---|---|
| **TO:** | Jeffrey Stoddard<br>Credit Control Services, Inc.<br>725 Canton Street<br>Norwood, MA 02062 |
| **RE:** | Process Served in Delaware |
| **FOR:** | Credit Control Services, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | YENDY CRUZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, Pltf. vs. CREDIT CONTROL SERVICES, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summonses with Notice |
| **COURT/AGENCY:** | Nassau County: Supreme Court, NY<br>Case # 60018117 |
| **NATURE OF ACTION:** | Violations of NY GBL 349 and violations of 15 USC 1692 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/28/2017 at 11:15 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service of this summons, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mitchell L. Pashkin<br>775 Park Avenue, Ste., 255<br>Huntington, NY 11743<br>631-335-1107 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/29/2017, Expected Purge Date: 05/04/2017<br><br>Image SOP<br><br>Email Notification,  Jeffrey Stoddard  jstoddard@ccsusa.com<br><br>Email Notification,  Michael Kraft  mkraft@ccsusa.com<br><br>Email Notification,  Michael Sands  msands@ccsusa.com<br><br>Email Notification,  Varian McCellon  vmccellon@ccsusa.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | The Corporation Trust Company<br>1209 N Orange St<br>Wilmington, DE 19801-1120<br>302-658-7581 |

Page 1 of  1 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUPREME COURT OF THE STATE OF NEW**
**COUNTY OF NASSAU**
----------------------------------x
YENDY CRUZ ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

                Plaintiff/Petition

                Index  600181 /17

-

CREDIT CONTROL SERVICES, INC. D/B/A CREDIT
COLLECTION SERVICES

                Defendant/Responde
----------------------------------x

## NOTICE REGARDING AVAILABILITY OF ELECTRONIC
## SUPREME COURT CASES

     PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-b (consensual electronic filing). This notice is being served as required by that rule.

     NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to

     Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out

     The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

     1) **Parties represented by an attorney:** An attorney representing a party who is served with this Notice must promptly either consent or decline consent to electronic filing and service through NYSCEF for this case. Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile. Attorneys declining to consent must file with the court

     2) **Parties not represented by an attorney: Unrepresented litigants are exempt from e-filing. They can serve and file all documents in paper form and must be served with all documents in paper form.** However, an unrepresented

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated 01/06/2017
_____
Signature

MITCHELL L PASHKIN
_____
Name

_____
Firm Name

775 Park Avenue, Ste. 255
_____
Address

Huntington, NY  11743
_____
City, State, and Zip

631-335-1107
_____
Phone

mpash@verizon.net
_____
E-Mail

To: _____

_____

_____

9/3/15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

| | |
|---|---|
| YENDY CRUZ,<br>ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED,<br><br>                                        Plaintiff,<br>-against-<br><br>CREDIT CONTROL SERVICES, INC.,<br>D/B/A CREDIT COLLECTION SERVICES,<br><br>                                        Defendant. | INDEX NO. 600181/2017<br>FILING DATE: 01/06/17<br><br>**SUMMONS**<br>**WITH NOTICE**<br><br>Plaintiff designates<br>Nassau County<br>as the place of trial<br><br>The basis of the venue is<br>Plaintiff's residence |

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $505,000.00 with interest thereon from the 7th day of January 2016, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of NY GBL 349 and violations of 15 USC 1692, et. seq. and that in case of your failure to answer, judgment will be taken against you for the sum of $505,000.00 with interest thereon from the 7th day of January 2016, together with the costs of this action and attorney's fees.

Dated:     January 6, 2017

/s/_____
Mitchell L. Pashkin, Attorney For Plaintiff
775 Park Avenue, Ste., 255, Huntington, NY  11743, (631) 335-1107

Index No. 600181/2017

YENDY CRUZ,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                                  Plaintifff(s) ,

   -vs-

CREDIT CONTROL SERVICES, INC.,
D/B/A CREDIT COLLECTION SERVICES,

                                  Defendant(s) .

**SUMMONS WITH NOTICE**

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107